UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Action No. 07-134-SS-JMH |
| ) | (Civil Action No. 09-7075-JMH) |
| v. ) | |
| ) | |
| ) | |
| CALVIN L. GODDARD, ) | |
| ) | **ORDER** |
| Defendant. ) | |

\*\*   \*\*   \*\*   \*\*   \*\*

Calvin L. Goddard, the defendant, *pro se*, has filed a motion to vacate sentence pursuant to 28 U.S.C. § 2255 [DE 271] and later amended or supplemented the same. [DE 277]. He subsequently submitted a proposed second supplement to his § 2255 motion [DE 320]. The matter is currently before the undersigned on the Report and Recommendation of Magistrate Judge Candace J. Smith [DE 368] and Goddard's objections thereto. [DE 369]. After *de novo* consideration , and being advised,

**IT IS ORDERED** herein as follows:

(1) That Magistrate Judge Smith's Report and Recommendation be, and the same hereby is, **ADOPTED** in its entirety.

On September 29, 2008, Defendant Goddard pled guilty to attempting to possess with intent to distribute 500 grams or more of cocaine and to criminal forfeiture. [DE 156]. In exchange for

his plea, the Government agreed to dismiss the remaining counts against him. [DE 158]. On October 7, 2008, Goddard moved to withdraw his plea [DE 172), which the Court denied on October 9, 2008 [DE 177]. On January 26, 2009, Goddard was sentenced to a term of imprisonment for 180 months and Judgment was entered. [DE 226]. On February 2, 2009, Goddard appealed from that Judgment [DE 230], an appeal still pending before the Sixth Circuit Court of Appeals. *United States v.Goddard*, No. 09-5120 (6th Cir.). On May 18, 2009, with his direct appeal pending, Goddard initiated the instant § 2255 proceedings. [DE 271].

As Magistrate Judge Smith noted in her Report and Recommendation, Goddard's § 2255 motion is premature inasmuch as his direct appeal to the Sixth Circuit is currently pending [*see* DE 343] and he has not demonstrated that any extraordinary circumstances exist. [DE 368]. The magistrate judge recommended that Goddard's § 2255 motion [DE 271] as well as his amendment/supplement and proposed amendment thereto [DEs 277 and 320] be denied without prejudice. [DE 368].

Although Goddard objects to the magistrate judge's recommendation [DE 368], the undersigned is not satisfied that the motion under §2255 should be addressed while his appeal from his conviction is still pending. *Capaldi v. Pontesso*, 135 F.3d 1122, 1124 (6th Cir. 1998).

(2) That Goddard's § 2255 proceeding, including Civil Case No. 09-7075, be, and the same hereby is, **DISMISSED without**

**prejudice** and **stricken** from the docket of this Court.

(3) That the remainder of Goddard's pending motions be, and the same hereby are, **DENIED without prejudice**.

(4) That no Certificate of Appealability be issued as the Court's denial without prejudice of Goddards's § 2255 motion is not a "final" order under 28 U.S.C. § 2253(a), *see United States v. Ocampo,* No. 06-20172, 2009 WL 3429606 (E.D. Mich. Oct. 20, 2009), nor has the § 2255 motion been reviewed on the merits and, consequently, a substantial showing of the denial of a constitutional right as required under 28 U.S.C. § 2253(c)(2) has not been considered.

This 24th day of August, 2010.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge